**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6557

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TROY J. ALLEN,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William M. Nickerson, District Judge.
(CR-95-145-WMN, CA-96-2676-WMN)

Submitted:  February 26, 1998      Decided:  March 16, 1998

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Troy J. Allen, Appellant Pro Se.  Bonnie S. Greenberg, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for stay pending appeal, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. United States v. Allen, Nos. CR-95-145-WMN; CA-96-2676-WMN (D. Md. Feb. 5, 1997, and Apr. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2